UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| vs. | ) | No. 4:25-CR-628 MAL |
| ISRAEL MORRIS, Defendant. | ) | |

**MEMORANDUM AND ORDER**

Before the Court is Defendant's Motion to Continue Trial Date (Doc. [41]). Trial in this matter is currently set for September 28, 2026. As discussed during the status conference on August 31, 2026, Defendant is in the process of obtaining a new attorney and agrees the new attorney will need additional time to review the case and determine the best way to proceed. The Government does not oppose Defendant's motion, and Defendant has filed an executed Waiver of Speedy Trial (Doc. [40]).

For the reasons stated in Defendant's motion and on the record during the hearing on August 31, 2026, the Court finds that to deny Defendant's request for a continuance "would deny counsel . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv), and that "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Continue (Doc. [41]) is **GRANTED**.

**IT IS FURTHER ORDERED** that trial in this matter is continued to **November 4, 2026, at 9:00 a.m.,** in the courtroom of the undersigned.

**IT IS FINALLY ORDERED** that the time between September 28, 2026, and November 4, 2026, is excluded from the computation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7).

Dated this 2nd day of September, 2026.

Maria A. Lanahan

MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE